MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
JASON H. LEE (Cal. Bar No. 253140)
  leejh@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
  hanjo@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>     v.<br><br>MARK SCHENA,<br><br>        Defendant. | Case No. 20-cv-06717-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

W

PLEASE TAKE NOTICE that as of December 22, 2023, Fitzann R. Reid will no longer be associated with Plaintiff Securities and Exchange Commission.  Please remove Fitzann R. Reid from the case docket and the Notice of Electronic Filing System.

DATED:  December 22, 2023                    Respectfully Submitted,


/s/ *John K. Han*
John K. Han
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Attorney for Plaintiff

Notice of Withdrawal of Counsel                1                Case No. 20-cv-06717-EJD