|     |     |     |
| --- | --- | --- |
| 1   |     |     |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MARK SCHENA,<br><br>    Defendant. | CASE NO. 5:20-cv-06717-EJD<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION WITHDRAW OF HIS COUNSEL OF RECORD** |

This matter came before the Court on the administrative motion of Todd Pickles of Greenberg Traurig LLP ("Greenberg") to seal portions of the memorandum and declaration in support of Greenberg's motion to withdraw as counsel of record.  The Court finds the information subject to the motion is information that is subject to the attorney-client privilege or the attorney-work product doctrine; there are legitimate and compelling public and private interest to preserve the sanctity of the attorney-client privilege and work product doctrines; if these portions are filed in the public record or served on the government Mr. Schena and the public interest will be harmed; and that Greenberg has only redacted the limited portions of the brief and supporting declaration that contain privileged or protected material.  For these reasons, and good cause showing, the Court hereby grants the motion to seal the following portions of the following documents:

1. **Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel**:

| Page/Line | Sealed Information |
|---|---|
| 3:23-24 | Highlighted portion |
| 3:27-28 | Highlighted portion |
| 4:1 | Highlighted portion |
| 4:14-19 | Highlighted portions |
| 6:21-25 | Highlighted portions |

2. **Declaration of Todd Pickles in Support of Motion to Withdraw as Counsel**

| Paragraph/Line | Sealed Information |
|---|---|
| 4:11-13 | Highlighted portion |
| 7:18-19 | Highlighted portion |
| 8:21-23 | Highlighted portion |
| 14:18-22 | Highlighted portion |
| 15:21-1 | Highlighted portion |
| 16:1-2 | Entirety |
| 18:9-10 | Highlighted portion |

These portions of the above-referenced documents shall remain under seal until further order of the Court, including as to counsel for the government to which only redacted copies have been served. Counsel for Mr. Schena is not required to serve unredacted copies on the government.

IT IS SO FOUND AND SO ORDERED.

Dated: January 30, 2024

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE