UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>MARK SCHENA,<br><br>          Defendant. | CASE NO. 5:20-cv-06717-EJD<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD |

This matter came before the Court on the motion of Todd Pickles of Greenberg Traurig LLP to withdraw as counsel of record. The Court finds that counsel has set forth a valid reason for withdrawal—i.e., the failure to pay for fees and costs incurred; there has been no showing of any prejudice that withdrawal may cause to other litigants or to the administration of justice; withdrawal will not delay the resolution of the case; and counsel has complied with California Rule of Professional Conduct 1.16. For these reasons, and good cause showing, the Court hereby relieves Todd Pickles and Greenberg Traurig LLP as counsel for Defendant Mark Schena in the above-captioned matter, effective as of the date of this Order.

[Pursuant to Local Rule 11-5(b), until further ordered by the Court, papers may continue to be served on prior counsel for forwarding purposes only, until other counsel makes an appearance or Mr. Schena appears pro se.]

Prior counsel shall serve a copy of this Order on Mr. Schena.

1   IT IS SO FOUND AND SO ORDERED.

3   Dated: January 30, 2024

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE